ORDERED.

Dated: May 10, 2017

_____
Karen S. Jennemann
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re:

AIDA C. ROJAS-FERNANDEZ                     CASE NO.    6:16-bk-01566-KSJ

　　　　　Debtor.                                          CHAPTER    13

_____/

## ORDER DENYING U.S. BANK NATIONAL ASSOCIATION
## MOTION FOR ORDER CONFIRMING TERMINATION OF
## THE AUTOMATIC STAY AS MOOT

**THIS CASE** came before the Court for hearing on October 18, 2016 at 9:30 AM on the Motion for Order Confirming Termination of the Automatic Stay filed by U.S. Bank National Association (Doc. No. 16) (the "Motion"). Having reviewed the Motion and for the reasons stated orally on the record, the Court finds that the Motion should be denied as moot. Accordingly, it is

**ORDERED:**

1.	The Motion (Doc. No. 16) is denied as moot.

Attorney Austin M. Noel is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.